## American Steel Spring Company, Appellee, v. William J. Boyer, Appellant.

### Gen. No. 24,018.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the March term, 1918. Reversed with judgment of *nil capiat* and for costs. Opinion filed June 10, 1918.

### Statement of the Case.

Action by American Steel Spring Company, a corporation, plaintiff, against William J. Boyer, defendant, to recover for breach of a contract to purchase certain springs. From a judgment against him for $57.80, defendant appeals.

P. R. BOYLAN, for appellant.

H. M. ADAMS, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 19*—*when contract not created.* There is no meeting of minds of the parties so as to constitute a valid contract of sale of goods where the purchaser's letter confirming an order on terms C. O. D. is met by a letter demanding cash in advance before proceeding with the order.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.